◎AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
             Sheet 1

# UNITED STATES DISTRICT COURT
Southern District of Illinois

| UNITED STATES OF AMERICA | *AMENDED* |
|---|---|
| v. | Judgment in a Criminal Case |
| Lowell Eugene Johnson | (For **Revocation** of Probation or Supervised Release) |

FILED JAN 26 2011 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS BENTON OFFICE

Case No.   4:95CR40083-004-JPG
USM No.   03663-025

Melissa Day, AFPD
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   as alleged below   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offense of Failure to Wear Seat belt, speeding & Possession w/ Intent to Distribute Marihuana | 11/09/2010 |
| Statutory | The defendant illegally possessed marihuana | 11/09/2010 |

    The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1616

Defendant's Year of Birth:   1959

City and State of Defendant's Residence:
Cairo, IL

01/26/2011
_____
Date of Imposition of Judgment

/s/ J. Phil Gilbert
_____
Signature of Judge

J. Phil Gilbert                               District Judge
_____
Name and Title of Judge

January 26, 2011
_____
Date

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT: Lowell Eugene Johnson
CASE NUMBER: 4:95CR40083-004-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard #1 | Defendant left judicial district without permission from probation | 11/09/2010 |
| Standard # 2 | Defendant failed to submit written reports timely and submitted reports incomplete | 06/30/2010 |
| Standard # 9 | The defendant associated with a convicted felon without permission of probation | 11/09/2010 |

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page **3** of **3**

DEFENDANT: Lowell Eugene Johnson
CASE NUMBER: 4:95CR40083-004-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

*60 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL